UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22615-CIV-MARTINEZ-BECERRA

LIFE INSURANCE COMPANY OF THE
SOUTHWEST,

    Plaintiff,

vs.

ROBERTO SANCHEZ LOPEZ,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Final Default Judgment as to Defendant Roberto Sanchez Lopez (the "Motion"). (ECF No. 13). Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 16 at 1, 6). The Court has reviewed the entire file and record, and notes that no objections have been filed.

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 16), is **AFFIRMED** and **ADOPTED**. Further, it is:

    **ADJUDGED** that Plaintiff's Motion, (ECF No. 13), is **GRANTED** as set forth in the R&R. Final judgment shall be entered by separate order.

    **DONE AND ORDERED** in Miami, Florida, this 30 day of May, 2023.

                                                                JOSE E. MARTINEZ
                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record